UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BISCOTTI, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>CITY OF YUBA CITY, et al.,<br><br>               Defendants. | Case No. 2:11-CV-01347 JAM-EFB<br><br><br><br><br>**RELATED CASE ORDER** |
| MATTHEW BISCOTTI, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF YUBA CITY, et al.,<br><br>               Defendants. | Case No. 2:16-CV-02552 MCE-EFB |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are

1

1 assigned to the same judge and magistrate judge; no consolidation
2 of the actions is effected.  Under the regular practice of this
3 court, related cases are generally assigned to the judge and
4 magistrate judge to whom the first filed action was assigned.
5     IT IS THEREFORE ORDERED that the District Judge assignment in
6 the action denominated 2:16-CV-02552 MCE-EFB be reassigned to Judge
7 John A. Mendez for all further proceedings, and any dates currently
8 set in the reassigned case only are hereby VACATED.  Henceforth,
9 the caption on documents filed in the reassigned case shall be
10 shown as 2:16-CV-02552 JAM-EFB.
11     IT IS FURTHER ORDERED that the Clerk of the Court make
12 appropriate adjustment in the assignment of civil cases to
13 compensate for this reassignment.
14     IT IS SO ORDERED.
15 Dated:  February 23, 2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge